IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON PARK GROUP | ) | |
| OWNER, LLC, et al.,[1] | ) | Case No. 10-11867 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | **Adv. Proc. No. 10-56158** |

## NOTICE OF DEPOSITION TO CEVET CANER

TO: Cevet Caner, by and through counsel of record for Green Bridge Capital S.A. and Special Situation S.A., Brett D. Fallon, Carl N. Kunz III and Douglas N. Candeub, Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19899.

Pursuant to the Federal Bankruptcy Rules of Procedure and Federal Rules of Civil Procedure, the captioned Debtors and Debtors in Possession ("Debtors") hereby notify you of their intention to take the deposition of Cevet Caner, by oral examination in the English language, on **Monday, December 20, 2010 at 10:00 a.m.** The deposition will take place at the offices of MORRIS JAMES LLP, 500 DELAWARE AVENUE, SUITE 1500, WILMINGTON, DELAWARE, 19899, and will continue from day-to-day until completed.

The deposition will be taken before a Certified Shorthand Reporter, Notary Public, or other officer duly authorized to administer oath and may be videotaped.

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867) (3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868) (6651); Madison Park Group Owner, LLC (Case No. 10-11869) (3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870) 4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

54160-001\DOCS_DE:166309.1

Dated: December 17, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Bruce Grohsgal (Del. Bar No. 3583)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

[Proposed] Counsel for the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON PARK GROUP OWNER, LLC, et al.,[1] | ) ) | Case No. 10-11867 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was duly served upon the following counsel of record on December 17, 2010, as indicated below:

**Via Hand Delivery and E-Mail**
Brett D. Fallon, Esquire
Carl N. Kunz III, Esquire
Douglas N. Candeub, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
bfallon@morrisjames.com
ckunz@morrisjames.com
dcandeub@morrisjames.com

_____
Bruce Grohsgal

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867) (3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868) (6651); Madison Park Group Owner, LLC (Case No. 10-11869) (3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870) 4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

54160-001\DOCS_DE:166309.1