# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FKF MADISON PARK GROUP OWNER, LLC, *et al.*,[1]<br>Debtor. | Chapter 11<br><br>Case No. 10-11867 (KG)<br>(Jointly Administered) |
| GREEN BRIDGE CAPITAL S.A. and SPECIAL SITUATION S.A,<br>Plaintiffs,<br>v.<br>IRA SHAPIRO,<br>Defendant. | Adv. Proc. No.: 10-56158 (KG)<br><br>**Ref. Docket No. 16** |

### AFFIDAVIT OF CEVDET CANER IN SUPPORT OF PLAINTIFFS GREEN BRIDGE CAPTITAL S.A. AND SPECIAL SITUATION S.A.'S MOTION FOR PROTECTIVE ORDER, AS TO PACHULSKI STANG'S PROPOSED <u>DEPOSITION OF YVES BAERT</u>

---

[1] The Debtors in these cases are FKF Madison Group Owner, LLC (Case No. 10-11867); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868); Madison Park Group Owner, LLC (Case No. 10-11869); and Slazer Enterprises Owner, LLC (Case No. 10-11870).

2821384/1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FKF MADISON PARK GROUP OWNER, LLC, *et al.*,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-11867 (KG) <br> (Jointly Administered) |
| GREEN BRIDGE CAPITAL S.A. and SPECIAL SITUATION S.A, <br><br> Plaintiffs, <br><br> v. <br><br> IRA SHAPIRO, <br><br> Defendant. | Adv. Proc. No.: 10-56158 (KG) |

### AFFIDAVIT OF CEVDET CANER

PRINCIPALITY OF MONACO )
                                ) ss.
MONTE CARLO              )

      CEVDET CANER, being duly sworn, deposes and says as follows:

      1.     I am a Managing Director and Chief Executive Officer of Plaintiffs Green Bridge Capital S.A. ("Green Bridge") and Special Situation S.A. ("Special Situation"). I have personal knowledge of the facts stated herein and am competent to testify with respect to those facts.

      2.     Green Bridge is a société anonyme organized under the laws of the Marshall Islands and owner of a 35% interest in Slazer Enterprises, which is the sole owner of Debtor Slazer Enterprises Owner LLC ("SLC Owner") and sole manager of Debtors Madison Park Group Owner LLC ("Madison Park"), FKF Madison Group Owner LLC ("FKF") and JMJS 23rd Street Realty Owner LLC ("JMJS"). Special Situation is a société anonyme also organized under the laws of the Marshall Islands and holds the voting proxy for an additional 32.5% membership interest in Slazer Enterprises.

---

[1] The Debtors in these cases are FKF Madison Group Owner, LLC (Case No. 10-11867); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868); Madison Park Group Owner, LLC (Case No. 10-11869); and Slazer Enterprises Owner, LLC (Case No. 10-11870).

3. Both Green Bridge and Special Situation are entities that were formed to hold investments. I am the Chief Executive Officer of both companies, and as per Article V, section 2 of the bylaws I have sole decision-making authority.

4. I reside in Monaco and formed Green Bridge and Special Situation through ATTC S.A.M. ("ATTC"), a company services provider located in Monaco. In addition to providing incorporation services, ATTC offers the services of Yves Baert to serve as director or other fiduciary to sign official corporate documents. I have used ATTC on numerous occasions in connection with the formation and operation of investment companies for which I am responsible.

5. With respect to Green Bridge and Special Situation, ATTC provided Yves Baert to serve as director and accordingly to sign the companies' corporate documents. Mr. Baert is employed by ATTC, resides in Monaco and serves as a director for numerous other and non-related companies formed in various foreign jurisdictions by ATTC. When I have concluded that there are documents that need to be executed by a fiduciary of Green Bridge or Special Situation, I have contacted Mr. Baert, explained the documents to him and requested his signature. Mr. Baert's participation in document execution has been strictly ministerial.

6. Mr. Baert had and has no personal involvement with the business affairs of Green Bridge or Special Situation. He has had no personal involvement with Defendant Ira Shapiro, the One Madison Park project or other relevant individuals. I, on the other hand, have dealt directly with Mr. Shapiro and have been personally involved with the business and affairs of Green Bridge, Special Situation and Slazer Enterprises throughout their existence. I am in a position to testify in detail regarding the condominium project and the various transactions at issue in this matter, while Mr. Baert is not.

7. As I have dealt with Mr. Baert in the past regarding other companies formed by ATTC, I am familiar with his signature and, to the extent there is any question regarding authenticity, I can verify the documents Mr. Baert signed.

Further deponent sayeth not.

_____
Cevdet Caner

Witnessed by:

_____

Date: 22nd December, 2010.