# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FKF MADISON PARK GROUP OWNER, LLC, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-11867 (KG)<br>(Jointly Administered) |
| GREEN BRIDGE CAPITAL S.A. and SPECIAL SITUATION S.A,<br><br>Plaintiffs,<br><br>v.<br><br>IRA SHAPIRO,<br><br>Defendant. | Adv. Proc. No.: 10-56158 (KG) |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

**IT IS HEREBY** stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned Plaintiffs and above-captioned Defendant, that the above-captioned adversary proceeding be dismissed. This adversary proceeding is hereby closed.



Dated: February 3rd, 2011

_____
Green Bridge Capital, S.A., 35% Member
of Slazer Enterprises LLC

Dated: February 8, 2011

_____
Ira Shapiro, 32.5% Member of
Slazer Enterprises LLC

Dated: February 9th, 2011

_____
Special Situation, S.A., as holder of
irrevocable voting proxy from Marc Jacobs
32.5% Member of Slazer Enterprises LLC